# Exhibit

# 5

Northwestern Mutual®

#0049

The Northwestern Mutual Life Insurance Company agrees to pay the benefits provided in this policy, subject to its terms and conditions. Signed at Milwaukee, Wisconsin on the Date of Issue.

This disability income policy is guaranteed renewable upon timely payment of premiums to the first policy anniversary after the Insured's 65th birthday and, during that period, can neither be cancelled nor have its terms or premiums changed by the Company.

Chief Executive Officer

Secretary

**IMPORTANT NOTICE CONCERNING STATEMENTS IN THE APPLICATION FOR YOUR INSURANCE**

Please read the copy of the application attached in this policy. Omissions or misstatements in the application could cause an otherwise valid claim to be denied. Carefully check the application and write to THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, 720 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202, within 10 days, if any information shown on it is not correct and complete, or if any past medical history has been left out of the application. The application is a part of the policy and the policy was issued on the basis that the answers to all questions and the information shown on the application are correct and complete.

**DISABILITY OVERHEAD EXPENSE POLICY**

**Eligible For Annual Dividends.**

Non-Cancellable and
Guaranteed Renewable to Age 65

Conditionally Renewable to Age 75

**Right To Return Policy.** Please read this policy carefully. The policy may be returned by the Owner for any reason within ten days after it was received. The policy may be returned to your agent or to the Home Office of the Company at 720 East Wisconsin Avenue, Milwaukee, Wisconsin 53202. If returned, the policy will be considered void from the beginning and any premium paid will be refunded.

RR.DOE.(0101)

| | | | |
|---|---|---|---|
| **Insured** | Michael J Tulchiner | **Age and Sex** | 46 Male |
| **Policy Date** | September 3, 2010 | **Policy Number** | D1 890 049 |
| **Plan** | Disability Overhead Expense | | |

Exclusions--See Section 3.

This policy is a legal contract between the Owner and The Northwestern Mutual Life Insurance Company.
Read your policy carefully.

# GUIDE TO POLICY PROVISIONS

**BENEFITS AND PREMIUMS**

**SECTION 1. GENERAL TERMS AND DEFINITIONS**

Insured and Owner. Terms on schedule of Benefits and Premiums. Regular occupation. Total disability. Partial disability. Business. Covered Overhead Expense. Eligible Expense. Total Income. Licensed Physician. Regular Care of a Licensed Physician.

**SECTION 2. BENEFITS**

Disabilities covered by the policy. Monthly Benefit for Disability. Transition Benefit. Transplant Donor. Benefit for presumptive total disability. Final benefit after death. Waiver of Premium Benefit. Disability with multiple causes. Benefits for separate disabilities. Operation of this policy with other coverage.

**SECTION 3. EXCLUSIONS AND LIMITATIONS**

Pre-existing conditions. Other exclusions. Limitation Regarding Pregnancy and Childbirth. Limitation While the Insured is Outside the United States, its possessions, Canada, or Mexico.

**SECTION 4. CONDITIONAL RIGHT TO RENEW TOTAL DISABILITY COVERAGE TO AGE 75**

**SECTION 5. CLAIMS**

Claim for policy benefits. Time of payment of claims. Payment of claims. Legal actions.

**SECTION 6. OWNERSHIP**

Policy rights. Transfer of ownership. Collateral assignment.

**SECTION 7. PREMIUMS AND REINSTATEMENT**

Premiums. Reinstatement. Active duty while a member of the reserves or National Guard.

**SECTION 8. THE CONTRACT**

Entire contract; changes. Time limit on certain defenses. Change of plan. Conversion to level premium disability overhead expense insurance. Misstated age or sex. Conformity with state statutes. Dividends. Dates. Cancellation by Owner. Termination.

**ADDITIONAL BENEFITS (if any)**

**APPLICATION**

Substitute Policy:
May not be an Exact Duplicate
of the Original Policy



AUG 07 2024

## BENEFITS AND PREMIUMS

Date of Issue - December 5, 2010 - Substitute Policy 2024

| Plan and Additional Benefits | Maximum Monthly Benefit | Annual Premium | Remaining Years Payable |
|---|---|---|---|
| Disability Overhead Expense | $9,670 | $2,926.81 | 6 Years |

Future Increase Benefit is not in effect on this policy.

Renewal of coverage beyond age 65 may require an increase in the premium. See Section 4.

A monthly premium, plus an ISA administrative charge if applicable, is payable on the 3rd day of every calendar month. The monthly premium equals the annual premium multiplied by .0856.

The current monthly premium is $250.53.

This policy is issued in a non-tobacco class for Occupation Class 5A.

**Beginning Date** 31st day of disability in the first 60 days after the start of disability.

Aggregate Benefit Amount $232,080

This is a professional contract for purposes of Section 1.7.

**Owner** Michael J Tulchiner, the Insured
**State of Issue** New York

| | | | |
|---|---|---|---|
| **Insured** | Michael J Tulchiner | **Age and Sex** | 46 Male |
| **Policy Date** | September 3, 2010 | **Policy Number** | D1 890 049 |
| **Plan** | Disability Overhead Expense | | |

Exclusions--See Section 3.

## BENEFITS AND PREMIUMS

Date of Issue - December 5, 2010 - Substitute Policy 2024

### Table of Annual Premiums Per $100 of Increase in Full Benefit for Use Under the Future Increase Benefit

| For Policy Years Beginning September 3, | Disability Overhead Expense Benefit $ |
|---|---|
| 2024 | 63.60 |
| 2025 | 63.60 |
| 2026 | 63.60 |
| 2027 | 63.60 |
| 2028 | 63.60 |

| | | | |
|---|---|---|---|
| **Owner** | Michael J Tulchiner, the Insured | | |
| **State of Issue** | New York | | |
| **Insured** | Michael J Tulchiner | **Age and Sex** | 46 Male |
| **Policy Date** | September 3, 2010 | **Policy Number** | D1 890 049 |
| **Plan** | Disability Overhead Expense | | |

Exclusions--See Section 3.

(This page has been left blank intentionally.)

# SECTION 1. GENERAL TERMS AND DEFINITIONS

This policy provides a monthly benefit for Covered Overhead Expense when the Insured is totally or partially disabled. Section 1 gives information about or the meaning of several terms that are used in the policy.

### 1.1 INSURED AND OWNER

The Insured and Owner are named on page 3.

### 1.2 TERMS ON SCHEDULE OF BENEFITS AND PREMIUMS

The schedule of Benefits and Premiums (page 3) has a number of important terms that are used in this policy. These terms are:

**Maximum Monthly Benefit.** This is the maximum amount of monthly benefit generally payable under the policy. A larger benefit may be payable for certain months under the Carryforward of Unused Benefit that is described in section 2.2.

**Beginning Date.** This is the date on which benefits begin to accrue after the Insured becomes disabled. Benefits are not payable for the time the Insured is disabled before the Beginning Date. Days of disability due to different causes will be accumulated to satisfy the Beginning Date.

**Aggregate Benefit Amount.** This is the maximum total amount payable for a disability. All amounts paid under the policy for total, partial, or presumptive total disability or under the Transition Benefit will be considered as paid for the same disability unless the Insured has suffered a separate disability as described in section 2.9.

### 1.3 REGULAR OCCUPATION

The words "regular occupation" mean the occupation of the Insured at the time the Insured becomes disabled. If the Insured is regularly engaged in more than one occupation, all of the occupations of the Insured at the time the disability starts will be combined together to be the "regular occupation."

### 1.4 TOTAL DISABILITY

The Insured is totally disabled when unable to perform the principal duties of the regular occupation.

If the Insured can perform one or more of the principal duties of the regular occupation, the Insured is not totally disabled; however, the Insured may qualify as partially disabled.

### 1.5 PARTIAL DISABILITY

The Insured is partially disabled when:

a. the Insured is unable:
   - to perform one or more but not all of the principal duties of the regular occupation; or
   - to spend as much time at the regular occupation as before the disability started;

b. due to the disability, the Insured's Covered Overhead Expense for the month is more than the Total Income for the month by at least $200; and

c. the Insured is gainfully employed in an occupation.

### 1.6 BUSINESS

Except as provided in sections 8.3 and 8.9, the word "business" means the Insured's business or the Insured's professional practice at the time disability starts.

## 1.7 COVERED OVERHEAD EXPENSE

Covered Overhead Expense is the total of monthly expenses that are normal and customary in the continuing operation of the Insured's business, as properly reported for federal income tax (FIT) purposes, with some exceptions as described below. For amounts in the current or recently ended tax year which have not yet been reported on FIT returns, expenses will be based on amounts that will be properly reported for FIT purposes.

If the Insured does not own 100% of the business, Covered Overhead Expenses will be covered under this policy only in proportion to the Insured's ownership of the business. Covered Overhead Expenses which are paid on other than a monthly basis will be prorated to their monthly cost.

Covered Overhead Expense includes:

- salaries, employer-paid benefits and other compensation for the Insured's replacement, provided the replacement is:
  - (1) not an Owner of the business;
  - (2) hired from outside the business; and
  - (3) not a member of the Insured's family. Family means spouse, parent, son, daughter, brother, or sister.
- during a period of partial disability, all salaries, employer-paid benefits and other compensation of persons who are not owners of the business or who are not serving as the Insured's replacement.
- during a period of total disability, if this is a professional contract, as shown on page 3, all salaries, employer-paid benefits and other compensation of persons who are not owners of the business, who are not serving as the Insured's replacement, or who are not in the same profession as the Insured.
- rent or lease expense for premises occupied by the Insured's business if the Insured has no direct or indirect ownership in the premises.
- rent or lease expense of furniture, equipment, or other assets used in the Insured's business if the Insured has no direct or indirect ownership in such items.
- real estate taxes.
- interest on debt.
- electricity, telephone, heat, and other utilities.
- premiums for property, liability, and malpractice insurance.
- professional fees, including accounting, legal, billing and collection.
- janitorial, security, and maintenance services.
- miscellaneous supplies and postage.
- depreciation or scheduled installment payments of principal of debt. The Owner must choose at the time a claim begins whether to claim depreciation or payment of principal of debt for the Insured's business or profession. The choice can be made only once for each separate disability. The amount of depreciation allowed will be that used for federal income taxes. The amount of principal will not be more than that paid under a plan of scheduled installment payments which began before the start of disability.

Covered Overhead Expense does not include:

- any expense for which the Insured was not periodically liable before the start of disability.
- salaries, employer-paid benefits and other compensation which are not specifically identified as Covered Overhead Expenses.
- income taxes or self-employment taxes.
- payment to purchase inventory, furniture, equipment or other assets.
- cost of goods sold.

## 1.8 ELIGIBLE EXPENSE

During a period of total disability, Eligible Expense is Covered Overhead Expense for that period.

During a period of partial disability, or when the Transition Benefit is payable, Eligible Expense is:

- Covered Overhead Expense for that period; less
- Total Income for that period.

However, in no event will Eligible Expense for partial disability be less than zero nor more than the amount determined for total disability.

For months in which the 50% Benefit is chosen, the 50% Benefit will be considered to be the Eligible Expense.

### 1.9 TOTAL INCOME

Total Income is the gross earned income of the business, less the cost of goods sold. At the time a claim begins, the Owner must choose to have Total Income:

- credited to the period for which it is earned (accrual method); or
- credited to the period in which it is received (cash method). However, income received during a period of disability for work performed prior to the start of the period of disability will not be included in income during the period of disability.

If the Insured is not a 100% owner of the business, only that portion of Total Income that is related to the work that is performed by the Insured or others under the Insured's supervision or direction will be considered in determining the amount of benefits payable.

### 1.10 LICENSED PHYSICIAN

Licensed Physician means a physician, other than the Insured, who is acting within the scope of his or her license. If disability is due to a mental or nervous condition, Licensed Physician means psychiatrist or licensed doctoral level psychologist other than the Insured.

### 1.11 REGULAR CARE OF A LICENSED PHYSICIAN

Regular Care of a Licensed Physician means personal and in-person care and treatment by a Licensed Physician trained to treat the condition causing the disability. The care and treatment received by the Insured shall be in accordance with the medical standard of care appropriate to the condition causing the disability. The care and treatment shall be designed to lead to the Insured being able to return to the principal duties of the regular occupation.

If the Company determines that Regular Care of a Licensed Physician would be of no further use to the Insured, the requirement of such care will be waived.

## SECTION 2. BENEFITS

### 2.1 DISABILITIES COVERED BY THE POLICY

Benefits are provided for the Insured's total or partial disability only if:

- the Insured becomes disabled while this policy is in force or the disability commences within 30 days of an accident which occurred while this policy was in force, provided the disability results from the accident;
- the Insured is under the Regular Care of a Licensed Physician during disability;
- the disability results from an accident or sickness; and
- the disability is not excluded under Section 3.

No benefits are provided for any period during which the Insured is not under the Regular Care of a Licensed Physician.

### 2.2 MONTHLY BENEFIT FOR DISABILITY

The monthly benefit is payable at the end of the month for each month of total or partial disability after the Beginning Date. The benefit is not payable for a disability after the Aggregate Benefit Amount has been paid.

**Benefit Amount.** The amount of benefit payable for each month of total or partial disability, or for each month in which the Transition Benefit is payable, is equal to:

- the least of:
  - (i) total Eligible Expense since the Beginning Date;
  - (ii) the Maximum Monthly Benefit times the number of months of disability elapsed since the Beginning Date; and
  - (iii) the Aggregate Benefit Amount;

**less**

- the total benefit paid since the Beginning Date.

**Carryforward of Unused Benefit.** The amount of benefit that is payable for a month of disability may be more than the Maximum Monthly Benefit. This can happen when the Maximum Monthly Benefit exceeds the benefit that was payable in one month. The preceding formula allows the excess amount to be carried over to future months during the same disability.

**Carryforward of Unused Expenses.** The Eligible Expenses for a month may be more than the benefit amount payable for the month. When this happens the formula allows the excess expenses to be carried over to future months during the same disability.

**Choice of Benefit Amount for First Six Months.** For each of the first six months in which a benefit is payable for total or partial disability, the Owner may choose to receive:

- the amount determined under the formula; or
- 50% of the Maximum Monthly Benefit.

The Owner may alternate between these two choices as to each of the six months. However, the Owner may not change this choice after the benefit is paid for that month.

The Choice of Benefit Amount does not apply to a Transition Benefit that is payable under section 2.3.

**Benefit Amount for Partial Month.** When a total disability lasts for a part of a month, 1/30th of the monthly benefit for total disability will be payable for each day of total disability.

When a partial disability lasts for a part of a month, 1/30th of the monthly benefit for partial disability will be payable for each day of partial disability.

**Benefit Termination or Adjustment.** If the Insured ends the operation of the business while totally or partially disabled, benefits for Covered Overhead Expense and Waiver of Premium will end.

Benefits may be adjusted if the Insured has other coverage (see section 2.10).

## 2.3 TRANSITION BENEFIT

If the Insured demonstrates a continued Loss of Earned Income, the Company will pay a benefit for up to the first 12 months after the Insured's recovery from a disability, provided:

- the Insured was disabled until the Beginning Date;
- the Insured has returned to continuous full-time employment;
- due to the disability from which the Insured has recovered, Covered Overhead Expense exceeds Total Income by at least $200 in the month for which the benefit is claimed; and
- the Aggregate Benefit Amount has not been exceeded.

The amount of this Benefit will be the amount that would be paid for a partial disability under section 2.2.

A disability occurring while the Transition Benefit is payable is considered as a continuation of the previous disability.

This Benefit is payable for up to 12 months for each separate disability. For any month this Benefit is payable, premiums will be waived.

## 2.4 TRANSPLANT DONOR

If the Insured donates an organ for transplant to another person, a disability caused by the donation will be considered as caused by sickness.

## 2.5 BENEFIT FOR PRESUMPTIVE TOTAL DISABILITY

Even if the Insured is able to work, the Insured will be considered totally disabled if the Insured incurs the total and irrecoverable loss of:

- sight in both eyes;
- use of both hands;
- use of both feet;
- use of one hand and one foot;
- speech; or
- hearing in both ears.

A monthly benefit is payable for this loss provided: the loss occurs while this policy is in force; the loss occurs before the first policy anniversary that follows the 65th birthday of the Insured; the loss results from an accident or sickness; and the loss is not excluded under Section 3. The Insured does not need to be under the care of a physician.

The monthly benefit for the loss:

- starts with the date of loss, not the Beginning Date;
- is payable for Covered Overhead Expense, but will not be more than the benefit amount that is described in section 2.2 for total disability;
- is payable for as long as the loss continues until the Aggregate Benefit Amount has been paid; and
- is in lieu of the monthly benefits payable for total or partial disability.

### 2.6 FINAL BENEFIT AFTER DEATH

A final benefit is payable for overhead expenses accrued after the Insured's death if the Insured dies after the Beginning Date and while benefits are payable; the benefit is not payable after the Aggregate Benefit Amount has been paid. Proof of the death of the Insured must be provided to the Company. No proof of overhead expense or income will be required.

The amount of the benefit is the lesser of:

- the Maximum Monthly Benefit; and
- the Aggregate Benefit Amount less the total benefit paid since the Beginning Date.

### 2.7 WAIVER OF PREMIUM BENEFIT

The Company will waive premiums which become due on this policy while the Insured is totally or partially disabled, if the disability lasts beyond the Beginning Date.

The Company will continue to waive premiums after the Aggregate Benefit Amount has been paid only if the Insured:

- is totally disabled; and
- is not gainfully employed in any occupation;

or

- is partially disabled; and
- is not gainfully employed in any occupation other than the regular occupation.

The Waiver of Premium Benefit is subject to the Limitation While the Insured is Outside the United States (section 3.4).

If premiums are waived, the Company will refund that portion of a premium paid which applies to a period of disability beyond the policy month in which the disability began. If a premium is to be waived on a policy anniversary, an annual premium will be waived.

The Company will not waive the payment of premiums after the end of the disability (except where the waiver continues under section 2.3). The Owner may then keep the policy in force by resuming the payment of premiums as they become due.

### 2.8 DISABILITY WITH MULTIPLE CAUSES

If the Insured is disabled from more than one cause, the amount and duration of benefits will not be more than that for any one of the causes.

### 2.9 BENEFITS FOR SEPARATE DISABILITIES

Each separate time the Insured is disabled, a new Beginning Date starts and a new Aggregate Benefit Amount may be paid. A disability is considered a separate disability if:

- monthly benefits for disability or Transition Benefits were, but no longer are, payable for the earlier disability; and either
  - the cause of the later disability is not medically related to the cause of the earlier one; or
  - the cause of the later disability is related to the cause of the earlier one, and the later disability starts at least 6 months after monthly benefits for disability or Transition Benefits ceased being payable for the earlier one.

All other disabilities are considered to be a continuation of the prior disability.

### 2.10 OPERATION OF THIS POLICY WITH OTHER COVERAGE

So that benefits payable under this and any other coverage for overhead expenses issued by this Company are not greater than actual expenses, the monthly benefit payable may be adjusted. However, the Aggregate Benefit Amount shown on page 3 will not be reduced because of the other coverage. If there is other coverage, the Eligible Expense used to calculate the monthly benefit payable under this policy will be:

a. the Eligible Expense as described in section 1.8; multiplied by

b. the Maximum Monthly Benefit divided by the total of:

- the Maximum Monthly Benefit; and
- the maximum monthly benefits payable under all other overhead expense policies issued by this Company.

Thus, the adjusted Eligible Expense equals:

$$\text{Eligible Expense} \times \frac{\text{Maximum Monthly Benefit}}{\text{maximum monthly benefit of all policies issued by this Company}}$$

## SECTION 3. EXCLUSIONS AND LIMITATIONS

### 3.1 PRE-EXISTING CONDITIONS

There will be no benefits for a disability or loss that:

- starts within two years after the Date of Issue; and
- results from an accident that occurred or from a sickness that existed within two years before the Date of Issue

if the accident or sickness was not disclosed or was misrepresented in the application.

A sickness is considered to have existed if:

- symptoms were present that would have caused a prudent person to seek diagnosis, care or treatment; or
- medical advice or treatment was recommended or received from a doctor.

### 3.2 OTHER EXCLUSIONS

There will be no benefits for a disability or loss that results from or is caused by or contributed to by:

- an act or incident of war, declared or undeclared;
- the suspension, revocation or surrender of a professional or occupational license or certificate; or
- the commission of or attempt to commit a felony.

There will be no benefits for a disability or loss that is excluded from coverage by an Agreement for Limitation of Coverage.

### 3.3 LIMITATION REGARDING PREGNANCY AND CHILDBIRTH

For a disability caused by normal pregnancy or childbirth, the Beginning Date will be the 91st day of disability. This limitation does not apply to a disability caused by complications of pregnancy or childbirth.

Complications are physical conditions physicians consider distinct from pregnancy even though caused or worsened by pregnancy. For purposes of this policy, one example of a complication of pregnancy is a non-elective caesarean birth is a complication of pregnancy. Examples of conditions that are not complications include false labor, fatigue, and morning sickness.

### 3.4 LIMITATION WHILE THE INSURED IS OUTSIDE THE UNITED STATES, ITS POSSESSIONS, CANADA, OR MEXICO

Benefits will not be provided for more than 6 monthly benefit periods in total for the life of the policy while the Insured is outside the United States, its possessions or the countries of Canada and Mexico.

# SECTION 4. CONDITIONAL RIGHT TO RENEW TOTAL DISABILITY COVERAGE TO AGE 75

On each policy anniversary between the Insured's 65th and 75th birthdays, the Owner may renew this policy for one year if:

- the Insured is not disabled;
- the Insured is actively and gainfully employed at least 30 hours per week; and
- premiums to renew this policy are paid.

This right to renew ends on the first policy anniversary on which the Insured is not so employed, or is disabled, or on which the Owner chooses not to renew the policy.

For a policy that is renewed, benefits are provided only for total disability. The total disability must be one:

- which occurs while this policy is in force; or
- which commences within 30 days of an accident which occurred while this policy was in force, provided the disability results from the accident.

The premium for each year of renewal will be based on the Insured's age and the Company's rates in use at the time of renewal.

# SECTION 5. CLAIMS

## 5.1 CLAIM FOR POLICY BENEFITS

**Notice of Claim.** To start a claim for benefits, written notice of claim must be given to the Company within 60 days after the start of any loss covered by this policy. If the notice cannot be given within 60 days, it must be given as soon thereafter as is reasonably possible. The notice should:

- give the Insured's name and policy number; and
- be sent to the Home Office or be given to an authorized agent of the Company. Mail sent to the Home Office should be addressed as follows:

  The Northwestern Mutual Life Ins. Co.
  Attn: Disability Benefits
  720 East Wisconsin Avenue
  Milwaukee, Wisconsin 53202

**Proof of Loss.** For a claim to be payable, the Company must be provided with satisfactory written proof of loss. This is information that the Company deems necessary and relevant to determine whether benefits are payable, and if so, the amount of the benefits. The proof of loss will include, for both before and after the disability started, information about the Insured's health, occupational duties, income (including income tax returns for the Insured and for businesses in which the Insured has or had an interest), overhead expenses and disability benefits along with other information as may be required by the Company from time to time. The Company will also need to be provided information, which the Company deems relevant to the claim, as described below under "Other Requirements."

**Claim Forms.** The Company will furnish claim forms for an initial written proof of loss within 15 days after receiving notice of claim. These forms will need to be completed by the Owner, the Insured and the Insured's physician. If these forms are not furnished within the 15 day period, this initial written proof of loss may be made by giving a written statement of the nature and extent of the disability.

The Company will furnish additional claim forms from time to time while a claim for monthly benefits continues.

**Written Proof of Loss.** Written proof of loss must be given to the Company within 90 days after the end of each monthly period for which benefits are claimed. If the proof is not given within the 90 days, the claim will not be affected if the proof is given as soon as reasonably possible. In any event, the proof required must be given no later than one year and 90 days after the end of each monthly period for which benefits are claimed unless the Owner was legally incapacitated.

**Other Requirements.**

- **Authorizations.** From time to time, the Company will furnish the Insured with authorizations to obtain and disclose information. These authorizations must be signed by the Insured without alterations and returned to the Company.
- **Medical Examination.** The Company may have the Insured examined by a health care practitioner.
- **Personal Interview.** The Company may require the Insured to submit to a personal interview.
- **Financial Examination.** The Company may examine the financial records of the Insured and/or the Owner and the financial records of all businesses, trusts or other legal entities owned, operated or controlled by the Insured and/or the Owner.
- **Vocational Rehabilitation Assessment.** The Company may have the Insured evaluated by a vocational rehabilitation assessor.
- **Functional Capacities Evaluation.** The Company may require the Insured to submit to a functional capacities evaluation.

These requirements will be performed:

- at the Company's expense;
- by an examiner or interviewer of the Company's choice; and
- as often as is reasonably necessary in connection with a claim.

### 5.2 TIME OF PAYMENT OF CLAIMS

When the Company has received satisfactory proof of loss and other information as required by section 5.1 and the Company has determined that benefits are payable, the Company will pay benefits on a monthly basis. The balance of any unpaid benefits will be paid promptly upon termination of the claim.

### 5.3 PAYMENT OF CLAIMS

Benefits will be paid to the Owner or to the Owner's estate.

### 5.4 LEGAL ACTIONS

No legal action may be brought for benefits under this policy within 60 days after written proof of loss has been given. No such action may be brought after three years (or a longer period that is required by law) from the time written proof is required to be given.

## SECTION 6. OWNERSHIP

### 6.1 POLICY RIGHTS

All policy rights may be exercised by the Owner, or the Owner's successor or transferee.

### 6.2 TRANSFER OF OWNERSHIP

The Owner may transfer the ownership of this policy. Written proof of transfer satisfactory to the Company must be received at its Home Office. The transfer will take effect as of the date it was signed. The Company may require that the policy be sent to its Home Office for endorsement to show the transfer.

### 6.3 COLLATERAL ASSIGNMENT

The Owner may assign this policy as collateral security. The Company is not responsible for the validity or effect of a collateral assignment. The Company will not be responsible to an assignee for any payment or other action taken by the Company before receipt of the assignment in writing at its Home Office.

A collateral assignee is not an Owner. A collateral assignment is not a transfer of ownership. Ownership can be transferred only by complying with section 6.2.

# SECTION 7. PREMIUMS AND REINSTATEMENT

## 7.1 PREMIUMS

**Payment.** All premiums after the first are payable at the Home Office or to an authorized agent. A premium must be paid on or before its due date. A receipt signed by an officer of the Company will be furnished on request.

**Frequency.** Premiums may be paid annually, semi-annually or quarterly at the published rates of the Company. A change in premium frequency will take effect on the Company's acceptance of the premium for the new frequency. Premiums may be paid on any other frequency approved by the Company.

**Grace Period.** A grace period of 31 days will be allowed for payment of a premium that is not paid on its due date. This policy will be in full force during this period.

The policy will terminate at the end of the grace period if the premium is not paid.

**Premium Refund.** The Company will refund that portion of any premium paid for a period beyond:

- the date of the Insured's death; or
- the date the right of Cancellation by Owner is used (see section 8.9).

## 7.2 REINSTATEMENT

**Within Late Payment Period.** The late payment period is the first 31 days after the grace period. Within the late payment period, the policy will be reinstated as of the date the overdue premium is paid. No evidence of insurability will be required.

**After the Late Payment Period.** After the late payment period, the policy may be reinstated within 12 months from the effective date of the policy termination. All unpaid premiums must be paid to the Company. The Company will also require an application for reinstatement and evidence of insurability. The policy will be reinstated as of the date the unpaid premiums are paid to the Company if:

- the application is approved by the Company; or
- notice that the application has been disapproved is not given within 45 days from the date the Company receives the cost to reinstate.

The policy will be reinstated as of the date the Company accepts the unpaid premiums if the Company does not require an application.

**Coverage.** The reinstated policy will cover only a disability that results from an accident that occurs, or from a sickness that first appears, after the date of reinstatement. The Company may attach new provisions and limitations to the policy at the time of reinstatement. All other rights of the Owner and the Company will remain the same.

## 7.3 ACTIVE DUTY WHILE A MEMBER OF THE RESERVES OR NATIONAL GUARD

If the Insured is a member of a reserve component of the armed forces of the United States, including the National Guard, the policy may be suspended, upon written request, during a period of active duty. The Company will refund that portion of any premium paid beyond that date of such suspension.

The policy may be reinstated as of the date of the Insured's release from active duty upon receipt by the Company of a written request and the pro-rata premium for coverage until the next premium due date. The written request must be received no later than 60 days after the Insured's release from active duty; and the Insured must have served no more than 5 years of active duty.

The Company will not attach new provisions or limitations to the policy at the time of reinstatement except as to a condition that arose during the period of active duty if the condition has been determined by the secretary of veterans affairs to be a condition incurred in the line of active duty.

# SECTION 8. THE CONTRACT

## 8.1 ENTIRE CONTRACT; CHANGES

This policy with the application and attached endorsements is the entire contract between the Owner and the Company. No change in this policy is valid unless approved by an officer of the Company. The Company may require that the policy be sent to it to be endorsed to show a change. No agent has authority to change the policy or to waive any of its provisions.

## 8.2 TIME LIMIT ON CERTAIN DEFENSES

In issuing this policy, the Company has relied on the application. The Company may rescind the policy or deny a claim due to a misstatement in the application. However, after this policy has been in force for two years from the Date of Issue, no misstatement, except a fraudulent misstatement, in the application may be used to rescind the policy or to deny a claim for a loss incurred or disability that commences after the two year period.

In addition, a claim may be denied on the basis that a disability or loss is caused by a Pre-Existing Condition (see section 3.1). However, the Company may not reduce or deny a claim on that basis if the disability or loss:

- starts after two years from the Date of Issue; and
- is not excluded from coverage by an Agreement for Limitation of Coverage.

## 8.3 CHANGE OF PLAN

The Owner may change this policy to any plan of disability insurance agreed to by the Owner and the Company. The change will be subject to:

- payment of required costs;
- the Company's limits on the amount of disability insurance; and
- compliance with other conditions required by the Company.

All premiums and dividends after the date of change will be the same as though the new plan had been in effect since the Policy Date.

The Company's requirements for medical proof of insurability will be waived if:

- the Insured has ended operation of the Insured's principal business or professional practice other than during a period of total or partial disability;
- the request to change is received by the Company no later than one year after the Insured has ended the operation of the Insured's principal business or professional practice; and
- the change is to a policy with a Maximum Benefit Period of two years.

## 8.4 CONVERSION TO LEVEL PREMIUM DISABILITY OVERHEAD EXPENSE INSURANCE

The Owner may convert the Annually Renewable Premium (ARDI) coverage, if any, shown on page 3 to a level premium noncancellable and guaranteed renewable disability overhead expense insurance policy. The Aggregate Benefit Amount of this policy will be adjusted to reflect the amount converted. The conversion may be done on or before the conversion date shown on page 3. No evidence of insurability will be required. Conversion is not available if the premiums are being waived for this policy.

A portion of the ARDI coverage may be converted, subject to conditions set by the Company.

The new policy will be in the form and have the same terms as policies being issued by the Company at the time of conversion. The terms available for the new policy will be based on the classification of risk of this policy. The new policy will have the following terms:

- the amount of the Maximum Monthly Benefit will be the amount of benefit converted;
- the ratio of the Aggregate Benefit Amount to the Maximum Monthly Benefit of the new policy will be the same as that for this policy;
- the Beginning Date will be any Beginning Date offered at the time the new policy is purchased that is not earlier than the Beginning Date of this policy; and
- the new policy will be issued with additional benefits which are on the converted coverage and which are then available to new insureds.

**Limitations of Coverage.** The new policy will include any Agreement for Limitation of Coverage that is a part of this policy.

**Premium.**The premium for the new policy is determined as of its date of issue by:

- the Company's premium rates then in effect in the state where the Insured then resides;
- the Insured's age on the policy date of the new policy;
- the plan and amount of insurance issued; and
- the classification of risk of this policy.

**Cost of Conversion.** The cost of conversion will be the first premium for the new policy less any dividend and premium credit for the benefit amount converted.

**Effective Date.** The new policy takes effect on the date the Company receives the application or the cost of conversion, whichever is later.

## 8.5 MISSTATED AGE OR SEX

If the age or sex of the Insured has been misstated, the benefits will be those which the premiums paid would have purchased at the correct age or sex.

## 8.6 CONFORMITY WITH STATE STATUTES

Any provisions of this policy which, on the Date of Issue, are in conflict with the statutes of the State of Issue on that Date are amended to conform to such statutes. The State of Issue is shown on page 3.

## 8.7 DIVIDENDS

This policy will receive its share, if any, of the divisible surplus of the Company. Divisible surplus is determined annually. This policy's share will be credited as an annual dividend.

Dividends will be:

- used to reduce premiums; or
- paid to the Owner when premiums are being waived.

## 8.8 DATES

Provided the first premium is paid, this policy will take effect on the Date of Issue. Policy months, years and anniversaries are computed from the Policy Date. Both dates are shown on page 3 of this policy.

## 8.9 CANCELLATION BY OWNER

If the Insured ends operation of the Insured's principal business or professional practice when not totally or partially disabled, the Owner may cancel the policy. The cancellation will take effect on receipt of written notice at the Home Office.

## 8.10 TERMINATION

If premiums are paid when due, this policy will not terminate until the first policy anniversary following the 65th birthday of the Insured or, if later, when the right to renew the policy ends (see Section 4). However, if the Insured is disabled on the date determined above, the termination will not take effect until benefits are no longer payable due to that disability.

# FUTURE INCREASE BENEFIT (FIB)

## 1. THE BENEFIT

The Company will annually index the Maximum Monthly Benefit and the Aggregate Benefit Amount on each policy anniversary to reflect increases in consumer price levels, subject to the terms and conditions in this Benefit. The Aggregate Benefit Amount will increase in proportion to the Maximum Monthly Benefit Amount. The increased coverage which results from the indexing will remain in effect for as long as the policy is in force and premiums are paid for the increased benefit amounts.

**Increases Deferred During Disability.** Increases will not be made during a period for which premiums are waived. However, increases that would have been made during a period of disability but for the limitation in the prior sentence will take effect after premiums cease to be waived. The increases will be in effect for a separate disability suffered by the Insured (see Benefits for Separate Disabilities section of the policy). The period for which premiums are waived includes any period for which the Transition Benefit is payable.

## 2. PREMIUM INCREASE

The premium for this policy will increase on the same date as each increase in the Maximum Monthly Benefit takes effect. The amount of each premium increase will be based on the increase in the Maximum Monthly Benefit and the premium rates shown on page 3A.

When the Maximum Monthly Benefit is increased, the Company will provide an amendment to the schedule of Benefits and Premiums.

## 3. HOW INCREASES ARE DETERMINED

The Maximum Monthly Benefit for a policy year will be the Maximum Monthly Benefit for the prior policy year multiplied by the Indexing Factor. The increase will be subject to a minimum and maximum described below. The Indexing Factor is:

- the consumer price index for the prior calendar year; divided by
- the consumer price index for the next prior calendar year.

Thus, the new Maximum Monthly Benefit equals:

$$\text{prior year Maximum Monthly Benefit} \times \frac{\text{consumer price index for the prior calendar year}}{\text{consumer price index for the next prior calendar year}}$$

**Minimum and Maximum Increase.** The Maximum Monthly Benefit for a policy year will not be less than 100% of the Maximum Monthly Benefit for the prior policy year. The Maximum Monthly Benefit for a policy year will not be more than 106% of the Maximum Monthly Benefit for the prior policy year.

**Consumer Price Index.** The "consumer price index for the prior calendar year" is the Consumer Price Index for All Urban Consumers, United States City Average, All Items (CPI-U) for the month of September of the prior calendar year. The "consumer price index for the next prior calendar year" is the CPI-U for the month of September for the calendar year before the prior calendar year.

The CPI-U is published by the Bureau of Labor Statistics. If the method for determining the CPI-U is changed, or if it is no longer published, it will be replaced by some other index found by the Company and the insurance supervisory official of the state to serve the same purpose.

## 4. WHEN INCREASES OCCUR

Except for increases that are deferred during a period for which premiums are waived, an increase in the Maximum Monthly Benefit will occur on each policy anniversary if the Owner has the right to receive increases at that time. The right to receive increases starts on the first policy anniversary and continues until:

- the Owner refuses two increases; or
- the last date on which this Benefit is in effect, as stated on page 3, if earlier.

The Owner can refuse to accept an increase:

- by not paying the increased premium resulting from this Benefit; or
- by sending a written notice to the Home Office of the Company before the increase takes effect.

If increases have stopped due to two refusals of increases, or because the Insured did not meet the Company's financial underwriting standards when this Benefit was previously renewable, the Owner will regain the right to receive further increases starting on the earlier of:

- the date, if any, this Benefit may be renewed under Section 5 of this Benefit, provided the Insured meets the Company's financial underwriting standards that are then in effect and the renewal date is not later than the first policy anniversary following the 55th birthday of the Insured; or
- the first policy anniversary after the Insured meets all of the Company's standards of insurability that are then in effect. These standards include the Insured's health, activities, and occupation as well as his financial condition.

**5. RENEWAL**

Page 3 shows the last date on which this Benefit is in effect. However, if it is stated on page 3 that this Benefit is renewable, the Owner may renew this Benefit on that renewal date for subsequent six-year periods. In no event will the Benefit be in effect after the first policy anniversary after the 64th birthday of the Insured.

To renew this Benefit, the Insured must fully complete the application provided by the Company and meet the Company's financial underwriting standards that are then in effect. These standards include:

- the Insured's earned and unearned income;
- the Insured's current overhead expense as defined in the Covered Overhead Expense section of the policy;
- the amount of disability overhead expense coverage that the Insured has; and
- the Company's issue limits.

Satisfactory evidence of insurability must be provided to the Company no more than 90 days and no less than 45 days before the anniversary on which this Benefit is to be renewed.

The renewal of this Benefit may be contested only for the same period following renewal and with the same conditions as provided in the Time Limit on Certain Defenses section of the policy with respect to contestability of the policy. For purposes of applying the Time Limit on Certain Defenses section, the policy anniversary on which this Benefit is renewed is considered the Date of Issue and the renewal form is considered the application.

**Conditional Renewal Excluded.** This Benefit will not be in force if the policy is in force under the Conditional Right to Renew Total Disability Coverage to Age 75.

**6. TERMINATION**

The Future Increase Benefit will terminate on the earliest of the following dates:

- the date the policy terminates;
- the date the Home Office receives the Owner's written request; or
- the first policy anniversary that follows the Insured's 64th birthday.

Raymond J. Manista
Secretary
THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY