**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MICHAEL J. TULCHINER,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | **Civil Action No. 1:25-cv-04078 (DG)(JRC)**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Michael J. Tulchiner and defendant The Northwestern Mutual Life Insurance Company, through their undersigned counsel, that the parties having resolved this action, pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii), this action, including all claims that were asserted or could have been asserted herein, is dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts, and that signatures transmitted electronically or by facsimile shall be deemed originals for all purposes.

**SO ORDERED.**

Dated: October ____, 2026

______________________________
Hon. James R. Cho, U.S.M.J.



#20086774v1<MDMDOCS>

The undersigned consent to the form and entry of the foregoing order.

Dated: October 19, 2026

**ERIC BUCHANAN & ASSOCIATES, PLLC**

By: Kaitlyn E. Barciszewski
Kaitlyn E. Barciszewski, Esq.
414 McCallie Avenue
Chattanooga, Tennessee 37402
kbarciszewski@buchanandisability.com

Attorneys for Plaintiff Michael J. Tulchiner

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

By: Louis P. DiGiaimo
Louis P. DiGiaimo, Esq.
One Hovchild Plaza
4000 Route 66, Fourth Floor
Tinton Falls, New Jersey 07753
[Telephone]
ldigiaimo@mdmc-law.com

Attorneys for Defendant The Northwestern Mutual Life Insurance Company